| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Arnold, Morris S. | 2. Court or Organization<br><br>8th U S Circuit Ct of Appeals | 3. Date of Report<br><br>05/13/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Judge--Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Richard Sheppard Arnold United States Courthouse
500 West Capitol Ave., Suite C-150
Little Rock, AR 72201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2018 | University of Arkansas, author's royalties | $746.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 05/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Simmons Bank - Account 1 | A | Interest | J | T | | | | | |
| 2. Simmons Bank - Account 2 | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. Mineral Interests - Various Lands in Texas (H) | | | | | | | | | |
| 5. Southland Champion Mineral, Morgan Keegan, Lufkin, TX | C | Royalty | K | W | | | | | |
| 6. Grayburg Mineral Account, Morgan Keegan, Lufkin, TX | B | Royalty | J | W | | | | | |
| 7. | | | | | | | | | |
| 8. Wells Fargo Clearing Services, LLC - Account 1 (H) | | | | | | | | | |
| 9. Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 10. Norfolk Southern Corp NSC | C | Dividend | K | T | | | | | |
| 11. Simmons 1st Natl Corp CL A $5 Par SFNC | C | Dividend | N | T | | | | | |
| 12. | | | | | | | | | |
| 13. Wells Fargo Clearing Services, LLC - Account 2 (H) | | | | | | | | | |
| 14. Dillards Inc CL A DDS | | None | K | T | | | | | |
| 15. Mattel Incorporated MAT | | None | J | T | | | | | |
| 16. Wells Fargo & CO New WFC | | None | J | T | | | | | |
| 17. MFS Core Equity Fund CL A MRGAX | B | Dividend | K | T | Sold (part) | 12/12/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Gabelli Equity Trust GAB | A | Dividend | J | T | | | | | |
| 19. Gabelli GLBL Heathcare & Wellness RX GRX | A | Dividend | J | T | | | | | |
| 20. Liberty All-Star Equity Fund SH BEN INT USA | | None | J | T | | | | | |
| 21. | | | | | | | | | |
| 22. TIAA-CREF - Account 1 (H) | | | | | | | | | |
| 23. TIAA Traditional | D | Dividend | M | T | Sold (part) | 12/17/18 | J | | |
| 24. TIAA Real Estate | B | Dividend | K | T | Sold (part) | 12/17/18 | J | | |
| 25. CREF Bond Market R3 | | None | L | T | Sold (part) | 12/17/18 | J | | |
| 26. CREF Stock R3 | | None | L | T | Sold (part) | 12/17/18 | J | | |
| 27. CREF Inf-Linked Bond R3 | | None | J | T | | | | | |
| 28. CREF Global Equities R3 | | None | L | T | Sold (part) | 12/17/18 | J | | |
| 29. T-C Intl Eq-Inst | | None | J | T | | | | | |
| 30. T-C Lg-Cap Val-Inst | | None | K | T | Sold (part) | 12/17/18 | J | | |
| 31. T-C Mid-Cap Val-Inst | | None | K | T | | | | | |
| 32. T-C Sm-Cap Eq-Inst | | None | K | T | Sold (part) | 12/17/18 | J | | |
| 33. | | | | | | | | | |
| 34. TIAA-CREF - Account 2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TIAA Traditional | C | Dividend | M | T | Sold (part) | 12/17/18 | J | | |
| 36. TIAA Real Estate | B | Dividend | K | T | | | | | |
| 37. CREF Bond Market R3 | | None | K | T | | | | | |
| 38. CREF Stock R3 | | None | K | T | | | | | |
| 39. CREF Global Equities R3 | | None | J | T | | | | | |
| 40. AM FDS Wash Mutual R5 | | None | L | T | Sold (part) | 12/17/18 | J | | |
| 41. T-C Bond-Inst | | None | K | T | Sold (part) | 12/17/18 | J | | |
| 42. T-C Infl-Lnkd Bond-Inst | A | Dividend | J | T | | | | | |
| 43. AF EuroPacific Growth R5 | | None | J | T | Sold (part) | 12/17/18 | J | | |
| 44. T-C Bond Index-Inst | | None | J | T | | | | | |
| 45. T-C Mid-Cap Val-Inst | | None | K | T | Sold (part) | 12/17/18 | J | | |
| 46. T-C Sm-Cap Eq-Inst | | None | K | T | Sold (part) | 12/17/18 | J | | |
| 47. T-C Intl Eq Idx-Inst | | None | K | T | Sold (part) | 12/17/18 | J | | |
| 48. T-C S&P 500 Idx-Inst | | None | K | T | | | | | |
| 49. T-C Gr & Inc-Inst | | None | K | T | | | | | |
| 50. | | | | | | | | | |
| 51. TIAA-CREF - Account 3 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CREF Global Equities R3 | | None | K | T | Sold (part) | 12/17/18 | J | | |
| 53. | | | | | | | | | |
| 54. TIAA-CREF - Account 4 (H) | | | | | | | | | |
| 55. TIAA-CREF Managed Allocation Fund - RTL | E | Dividend | N | T | Buy (add'l) | 12/19/18 | K | | |
| 56. | | | | | | | | | |
| 57. Simmons Bank - IRA | A | Int./Div. | J | T | | | | | |
| 58. | | | | | | | | | |
| 59. Stephens Inc. - Account 1 (H) | | | | | | | | | |
| 60. Federated Govt Oblig SS | A | Interest | J | T | | | | | |
| 61. American Funds Washington Mutual Fund Class F3 | A | Dividend | J | T | Buy (add'l) | 11/23/18 | J | | |
| 62. Amercian Funds New Perspective Fund Class F3 | A | Dividend | J | T | | | | | |
| 63. American Funds Investment Co of America Class F3 | A | Dividend | J | T | Buy (add'l) | 11/23/18 | J | | |
| 64. American Funds Income Fund of America Class F3 | A | Dividend | K | T | Buy (add'l) | 11/23/18 | J | | |
| 65. American Funds Growth Fund of America Class F1 | A | Dividend | J | T | | | | | |
| 66. American Funds Fundamental Investors Fund Class F1 | A | Dividend | J | T | | | | | |
| 67. American Funds Capital World Growth and Income Fund Class F1 | A | Dividend | J | T | | | | | |
| 68. American Funds American Mutual Fund Class F1 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. American Funds High Income Trust Fund Class F3 | A | Dividend | J | T | | | | | |
| 70. American Funds AMCAP Fund Class F1 | A | Dividend | J | T | | | | | |
| 71. American Funds Bond Fund of America Class F3 | A | Dividend | J | T | | | | | |
| 72. American Funds Capital Income Builder Fund Class F3 | A | Dividend | K | T | Buy (add'l) | 11/23/18 | J | | |
| 73. American Funds Capital World Bond Fund Class F3 | A | Dividend | J | T | | | | | |
| 74. American Funds Global Balanced Fund Class F1 | A | Dividend | J | T | | | | | |
| 75. American Funds Inflation Linked Bond Fund Class F3 | A | Dividend | J | T | | | | | |
| 76. American Funds Intermediate Bond Fund of America Class F3 | A | Dividend | J | T | | | | | |
| 77. American Funds International Growth and Income Fund Class F1 | A | Dividend | J | T | | | | | |
| 78. American Funds Mortgage Fund Class F3 | A | Dividend | J | T | | | | | |
| 79. American Funds US Government Securities Fund Class F3 | A | Dividend | J | T | | | | | |
| 80. American Funds Balanced Fund Class F3 | A | Dividend | K | T | | | | | |
| 81. Dodge & Cox Income Fund | A | Dividend | J | T | | | | | |
| 82. Fidelity Total Bond Fund | A | Dividend | J | T | | | | | |
| 83. Vanguard Equity Income Fund Investor Class | A | Dividend | J | T | Buy (add'l) | 11/23/18 | J | | |
| 84. Vanguard Mid-Cap Vipers Exchange - Traded Fund | A | Dividend | K | T | Buy | 11/23/18 | K | | |
| 85. Vanguard Small Cap - ETF | A | Dividend | K | T | Buy | 11/23/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Totl Stock Mkt Vipers | B | Dividend | K | T | Buy | 11/23/18 | K | | |
| 87. Vanguard Total Bond Market - ETF | A | Dividend | J | T | Buy | 11/23/18 | J | | |
| 88. Bank of America NA Death Put FDIC Cert 3510 | A | Dividend | J | T | Buy | 12/4/18 | J | | |
| 89. Citibank NA Death Put FDIC Cert 7213 | A | Dividend | J | T | Buy | 11/26/18 | J | | |
| 90. Discover Bank Death Put FDIC Cert 5649 | A | Dividend | J | T | Buy | 11/26/18 | J | | |
| 91. Discover Bank Death Put FDIC Cert 5649 | A | Dividend | J | T | Buy | 11/26/18 | J | | |
| 92. Goldman Sachs Bank USA Death Put FDIC Cert 33124 | A | Dividend | J | T | Buy | 11/26/18 | J | | |
| 93. | | | | | | | | | |
| 94. Stephens Inc. - Account 2 (H) | | | | | | | | | |
| 95. Federated Govt Oblig SS | A | Interest | J | T | | | | | |
| 96. American Funds Intermediate Bond Fund of America Class F3 | A | Dividend | J | T | Sold (part) | 02/22/18 | J | | |
| 97. American Funds Bond Fund of America Class F3 | A | Dividend | J | T | Sold (part) | 02/22/18 | J | | |
| 98. American Funds High Income Trust Fund Class F3 | A | Dividend | J | T | Sold (part) | 02/22/18 | J | A | |
| 99. American Funds Mortgage Fund Class F3 | A | Dividend | J | T | Sold (part) | 02/22/18 | J | | |
| 100. American Funds US Government Securities Fund Class F3 | A | Dividend | J | T | Sold (part) | 02/22/18 | J | | |
| 101. American Funds Capital World Bond Fund Class F3 | A | Dividend | J | T | Sold (part) | 11/01/18 | K | | |
| 102. American Funds Washington Mutual Fund Class F3 | A | Dividend | J | T | Sold (part) | 11/09/18 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 2/22/18 | J | | |
| 104. American Funds Investment Company of America Class F3 | A | Dividend | K | T | Sold (part) | 12/27/18 | K | | |
| 105. | | | | | Buy (add'l) | 2/22/18 | J | | |
| 106. American Funds American Mutual Fund Class F1 | A | Dividend | J | T | | | | | |
| 107. American Funds AMCAP Fund Class F1 | A | Dividend | J | T | Sold (part) | 11/09/18 | J | | |
| 108. | | | | | Buy (add'l) | 02/22/18 | J | | |
| 109. American Funds International Growth and Income Fund Class F1 | A | Dividend | J | T | | | | | |
| 110. American Funds Income Fund of America Class F3 | A | Dividend | K | T | Sold (part) | 12/27/18 | K | B | |
| 111. American Funds Balanced Fund Class F3 | A | Dividend | K | T | Sold (part) | 11/06/18 | K | B | |
| 112. | | | | | Buy (add'l) | 02/22/18 | J | | |
| 113. American Funds Growth Fund of America Class F1 | A | Dividend | J | T | Sold (part) | 11/09/18 | J | A | |
| 114. | | | | | Buy (add'l) | 2/22/18 | J | | |
| 115. American Funds Fundamental Investors Fund Class F1 | A | Dividend | J | T | | | | | |
| 116. American Funds Capital World Growth and Income Fund | A | Dividend | J | T | Buy (add'l) | 12/31/18 | K | | |
| 117. American Funds New Perspective Fund Class F3 | A | Dividend | J | T | Sold (part) | 02/22/18 | J | B | |
| 118. American Funds Global Balanced Fund Class F1 | A | Dividend | J | T | | | | | |
| 119. American Funds Capital Income Builder Fund Class F3 | A | Dividend | K | T | Sold (part) | 12/27/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 121. American Funds Inflation Linked Bond Fund Class F3 | A | Dividend | J | T | Sold (part) | 02/22/18 | J | | |
| 122. Dodge & Cox Income Fund | A | Dividend | J | T | Sold (part) | 10/26/18 | J | | |
| 123. | | | | | Buy (add'l) | 2/22/18 | J | | |
| 124. Fidelity Total Bond Fund | A | Dividend | J | T | Sold (part) | 10/26/18 | J | | |
| 125. Vanguard Equity Income Fund Investor Class | A | Dividend | K | T | Sold (part) | 12/27/18 | K | | |
| 126. | | | | | Buy (add'l) | 2/22/18 | J | | |
| 127. Vanguard Growth Vipers | A | Dividend | J | T | Buy | 12/27/18 | J | | |
| 128. Vanguard High Div Yield | A | Dividend | J | T | Buy | 12/27/18 | J | | |
| 129. Vanguard Mid-Cap Vipers Exchange - Traded Fund | A | Dividend | J | T | Buy | 11/01/18 | K | | |
| 130. | | | | | Sold (part) | 12/27/18 | J | | |
| 131. Vanguard Small Cap ETF | A | Dividend | J | T | Buy | 11/01/18 | K | | |
| 132. | | | | | Sold (part) | 12/27/18 | J | | |
| 133. Vanguard Totl Stock Mkt Vipers | A | Dividend | L | T | Buy | 12/27/18 | L | | |
| 134. Vanguard Value ETF | A | Dividend | J | T | Buy | 12/27/18 | J | | |
| 135. | | | | | Sold (part) | 11/01/18 | J | | |
| 136. American Funds AMCAP Fund Class F3 | A | Dividend | J | T | Buy | 12/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. American Funds Growth Fund of America Class F3 | A | Dividend | J | T | Buy | 02/22/18 | J | | |
| 138. Vanguard Total Bond Market - ETF | A | Dividend | K | T | Buy | 12/27/18 | K | | |
| 139. MUFG Union Bank NA Death Put FDIC Cert 22826 | A | Dividend | J | T | Buy | 10/31/18 | J | | |
| 140. Discover Bank Death Put FDIC Cert 5649 | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 141. Discover Bank Death Put FDIC Cert 5649 | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 142. Goldman Sachs Bank USA Death Put FDIC Cert 33124 | A | Dividend | J | T | Buy | 11/6/18 | J | | |
| 143. Goldman Sach Bank USA Death Put FDIC Cert 33124 | A | Dividend | J | T | Buy | 11/6/18 | J | | |
| 144. | | | | | | | | | |
| 145. Stephens Inc. - Account 3 (H) | | | | | | | | | |
| 146. Amercian Funds Income Fund of America Class F3 | A | Dividend | J | T | | | | | |
| 147. American Funds American Mutual Fund Class F3 | A | Dividend | J | T | | | | | |
| 148. American Funds Balanced Fund Class F3 | A | Dividend | J | T | | | | | |
| 149. American Funds Capital Income Builder Fund Class F3 | A | Dividend | J | T | | | | | |
| 150. American Funds Global Balanced Fund Class F3 | A | Dividend | J | T | | | | | |
| 151. American Funds Inflation Linked Bond Fund Class F3 | A | Dividend | J | T | | | | | |
| 152. Vanguard Growth Vipers | A | Dividend | J | T | Buy | 11/27/18 | J | | |
| 153. Vanguard Mid-Cap Vipers Exchange - Traded Fund | A | Dividend | J | T | Buy | 11/27/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Vanguard Small Cap ETF | A | Dividend | J | T | Buy | 11/27/18 | J | | |
| 155. Vanguard Totl Stock Mkt Vipers | A | Dividend | J | T | Buy | 11/27/18 | J | | |
| 156. Vanguard Value ETF | A | Dividend | J | T | Buy | 11/27/18 | J | | |
| 157. Vanguard Total Bond Market - ETF | A | Dividend | J | T | Buy | 11/27/18 | J | | |
| 158. | | | | | | | | | |
| 159. Stephens Inc. - Account 4 (H) | | | | | | | | | |
| 160. Federated Govt Oblig SS | A | Interest | J | T | | | | | |
| 161. Wells Fargo & Company | A | Dividend | J | T | | | | | |
| 162. Microsoft Corp | A | Dividend | K | T | | | | | |
| 163. Dominion Resources Inc / VA | A | Dividend | J | T | | | | | |
| 164. Halliburton Company | A | Dividend | J | T | | | | | |
| 165. Procter & Gamble Company | A | Dividend | J | T | | | | | |
| 166. HCP, Inc. | A | Dividend | J | T | | | | | |
| 167. General Electric Company | A | Dividend | J | T | | | | | |
| 168. Alibab Group Holding LTD Sponsored ADR | A | Dividend | K | T | | | | | |
| 169. Amazon.com Inc. | A | Dividend | K | T | | | | | |
| 170. Apple Inc. | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Lowes Companies Incorporated | A | Dividend | J | T | | | | | |
| 172. Quality Care Properties | A | Dividend | J | T | | | | | |
| 173. Netflix Inc. | A | Dividend | J | T | | | | | |
| 174. Celegene Corporation | A | Dividend | J | T | Buy | 08/30/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arnold, Morris S. | 05/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Morris S. Arnold**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544